UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

NITTERHOUSE CONCRETE :
PRODUCTS, INC., and NITTERHOUSE :
MASONRY PRODUCTS, LLC, :
 :
    Plaintiffs : CASE NO. 1:15-CV-2154
 :
    v. : (Judge Caldwell)
 :
GLASS, MOLDERS, POTTERY, :
PLASTICS & ALLIED WORKERS :
INTERNATIONAL UNION, AFL-CIO, :
CLC, and its LOCAL UNION 201B, :
 :
    Defendants :
: 

## *O R D E R*

AND NOW, this 1st day of February, 2018, in accord with the accompanying memorandum, it is ORDERED that:

    (1) Plaintiffs' motion for summary judgment (Doc. 35) is DENIED.

    (2) Summary judgment is hereby GRANTED in favor of Defendants and against Plaintiffs on all counts. See FED. R. CIV. P. 56(f)(1). Accordingly, the Clerk of Court shall enter judgment against Plaintiffs and in favor of Defendants on all claims in the Complaint.

    (3) The Clerk of Court is further directed to CLOSE this case.

                                        /s/ William W. Caldwell
                                          William W. Caldwell
                                          United States District Judge